

Direct Dial: 973.457.0259
Email: klopez@marc-law.com
Direct Fax: 973.805.2980

July 24, 2020

**FILED ELECTRONICALLY /
COURTESY COPY VIA FEDERAL EXPRESS**
Hon. Kiyo A Matsumoto, U.S.D.J.
United States District Court, Eastern District of NY
United States Courthouse
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:    **Modification to Paragraph 78 of the Consent Decree
ExxonMobil Greenpoint Petroleum Remediation Project (Brooklyn, NY)
CD COD-AOD 10-133
No. 07-CV-2902 (KAM/RML)**

Dear Hon. Judge Matsumoto:

    After conferring with the New York State Attorney General's Office ("NYSAGO"), ExxonMobil Oil Corporation ("ExxonMobil") is providing this letter to the United States District Court pursuant to Section XXVI, Paragraph 98 of the Consent Decree between the State of New York, NYSDEC and ExxonMobil, filed on March 1, 2011, in the United States District Court, Eastern District of New York (CD COD-AOD 10-133) ("Consent Decree") to request modification of Section XX, Paragraph 78(a), ("Communications") of the Consent Decree.

    Section XXVI, Paragraph 98 of the Consent Decree provides in pertinent part:

> *"No term, condition, understanding, or agreement purporting to modify or vary any term of this Decree shall be binding unless made in writing and subscribed by the party to be bound and approved by the Court."*

    This letter shall constitute the requisite writing to the Court requesting modification of Paragraph 78(a) of the Consent Decree. ExxonMobil and the NYSAGO have agreed to modify Paragraph 78(a) such that, going forward, ExxonMobil will no longer provide hard copies and will provide only electronic copies of reports, comments to reports, work plans and all other communications to the NYSAGO.

Hon. Kiyo A Matsumoto, U.S.D.J.  July 24, 2020
Page 2

      Paragraph 78(a) of the Consent Decree has already been modified in part by Order of this Court, on June 19, 2017, to allow for electronic submission of communications to the New York State Department of Environmental Conservation. As modified, in pertinent part, the Consent Decree currently states:

> *All written communications required by this Decree shall be transmitted by United States Postal Service, private courier service, hand delivery or electronically, as follows:*
>
>     a. *Communications from ExxonMobil shall be sent as follows:*
>
>     *. . .*
>
> *One hard copy and one electronic copy of any submission to:*
>
> *Todd D. Ommen, Esq.*
> *Deputy Bureau Chief*
> *New York State Attorney General's Office*
> *Environmental Protection Bureau*
> *120 Broadway, 26th Floor*
> *New York, New York 10271*
> *(todd.ommen@ag.ny.gov)*

      As agreed to by ExxonMobil and the NYSAGO, ExxonMobil respectfully requests the United States District Court's approval of the following modifications to Paragraph 78(a). Section XX, Paragraph 78(a) of the Consent Decree shall now read, in pertinent part:

> *All written communications required by this Decree shall be transmitted by United States Postal Service, private courier service, hand delivery or electronically, as follows:*
>
>     a. *Communications from ExxonMobil shall be sent as follows:*
>
>     *. . .*
>
> *One ~~hard copy and one~~ electronic copy of any submission to:*
>
> *Andrew G. Frank. Esq.*
> *Assistant Attorney General*
> *New York State Attorney General's Office*
> *28 Liberty Street*
> *New York, NY 10005*
> *(andrew.frank@ag.ny.gov)*

Hon. Kiyo A Matsumoto, U.S.D.J.                                                July 24, 2020
Page 3

If you have any further questions or comments, please do not hesitate to contact us.

                                                       Respectfully submitted,

                                                       /s/ Catherine C. Lopez
                                                       Catherine C. Lopez (CL5585)

**ORDERED, ADJUDGED AND DECREED,**

this  27th  day of      July      , 2020

                                                       s/ Kiyo A. Matsumoto
                                                    **United States District Judge**

cc: Hon. Robert M. Levy, U.S.M.J
     Clerk of United States District Court
     Randy Whitcher, NYSDEC – Albany
     Ben Conlon, NYSDEC – Albany
     Andrew G. Frank, Esq., OAG
     Todd Ommen, Esq., Pace University of Law
     Richard Webster, Riverkeeper
     Mike Dulong, Riverkeeper
     Celeste Saenz Quiralte, Esq., ExxonMobil
     Elaine Lamm, ExxonMobil
     Christopher Proce, Roux Associates